Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 20−11066−JKS
                                Chapter: 13
                                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susie S Kim
   99 Old Hook Road
   Closter, NJ 07624

Social Security No.:
   xxx−xx−9954

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/27/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 27, 2020
JAN: zlh

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Susie S Kim  
      Debtor

Case No. 20-11066-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                  Page 1 of 1                    Date Rcvd: Apr 27, 2020  
                              Form ID: 148                Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
```
db             +Susie S Kim,   99 Old Hook Road,    Closter, NJ 07624-1041
518714171      +The Bank of New York,    c/o KML Law Group, P.C.,   216 Haddon Ave., Ste. 406,
                 Westmont, NJ 08108-2812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2020 23:44:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2020 23:44:30       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518714170      +EDI: AIS.COM Apr 28 2020 03:08:00       Capital One Bank,    c/o American InfoSource,
                 4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
518697112      +EDI: AIS.COM Apr 28 2020 03:08:00       Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518791899       E-mail/Text: jennifer.chacon@spservicing.com Apr 27 2020 23:45:11
                 The Bank of New York Mellon Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 5
```
           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hyung S. Kim    on behalf of Debtor Susie S Kim James@hskimLaw.com,   Soo@hskimlaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```